IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH RODRIGUEZ,
    Plaintiff,

v.

COMMISSARY STAFF,
    Defendant.

CIVIL ACTION NO. 19-CV-0736

APR - 1 2019

## ORDER

AND NOW, this 29th day of March, 2019, upon consideration of *pro se* Plaintiff Joseph Rodriguez's Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Clerk is **DIRECTED** to amend ECF No. 7 to reflect that the filing is an Amended Complaint and not a "Response."

2. The Amended Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**PETRESE B. TUCKER, J.**